White *v.* Moses.

with the claim of title by Limantour. That he knew nothing of the facts of such title except from his reading of the newspapers; that he had formed and expressed an opinion in respect to the facts of such claim; that such opinion was decided, and would require testimony to remove it. Another juror, Rosenbaum, on his examination respecting his qualification, testified that he had formed an opinion adverse to the Limantour claim which would require testimony to remove; that he had always looked upon the claim as fraudulent, &c.

These persons were admitted by the Court as competent jurors: defendants excepted. Plaintiff had judgment, and defendants appealed.

*J. P. Treadwell* for Appellants.

*William W. Crane, jr.*, for Respondent.

11    69
d128  195

---

WHITE *et al.*, EXECUTORS OF OLIVER B. WHITE, *v.*
MOSES *et al.*

Under the system of practice in this State, a general denial is equivalent to the general issue at common law, and such a plea does not put in issue the plaintiff's title to sue.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

Plaintiffs, as executors of O. B. White, deceased, commenced an action of ejectment against defendants for seven-sixteenths of a cer-

tain fifty vara lot in San Francisco. Defendants answered, denying generally the allegations of the complaint, and setting up title in J. Y. Limantour.

A nonsuit was entered, on the ground that the plaintiffs had not established their character as executors, and afterwards, on the application of the plaintiffs, the judgment of nonsuit was vacated and a new trial granted. From this order defendants appealed.

*J. P. Treadwell* for Appellants.

*Wm. W. Crane, jr.*, for Respondents.

TERRY, C. J., after stating the facts, delivered the opinion of the Court—BALDWIN, J., concurring.

Under the pleadings of the case, no proof of the appointment of plaintiffs as executors was necessary. Under our system of practice, a general denial is equivalent to the general issue at common law, and it does not put in issue the plaintiff's title to sue. (See 5 Phil. Ev. 359; 15 Johns. 208.)

Judgment affirmed.